RECEIVED
IN LAKE CHARLES, LA

OCT 13 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PETERSON P MORVILLEZ | : | DOCKET NO. 2:06-cv-1212<br>Section P |
| VS. | : | JUDGE MINALDI |
| J. P. YOUNG, WARDEN, ET AL. | : | MAGISTRATE JUDGE WILSON |

## ORDER

At the unopposed request of counsel for petitioner,

**IT IS ORDERED** that the evidentiary hearing in the above-captioned *habeas corpus* matter set for October 24, 2006 be **UPSET** and **RESET** to **Tuesday January 9, 2007** at 10:00 a.m.

**IT IS FURTHER ORDERED** that pre-trial statements shall be filed on later than January 2, 2007. Copies of all exhibits that are capable of being reproduced by Xerox or similar copying machine shall be provided by each party to his opponent no later than December 27, 2006. If the authenticity of any such exhibit is disputed, a list of the disputed exhibits, and the reason for the dispute, shall be stated as a part of the pre-trial statement.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a *writ of habeas corpus ad testificandum* to the warden of the facility where petitioner is detained, requiring that the petitioner, **PETERSON P MORVILLEZ**, be delivered and produced at the Edwin F. Hunter, Jr. Federal Courthouse, 611 Broad Street, Courtroom 3, Lake Charles, Louisiana on **Tuesday January 9, 2007** at 10:00 a.m. for the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of this Order and the

accompanying *Writ of Habeas Corpus Ad Testificandum* to all counsel of record, the warden of the Federal Detention Center in Oakdale, Louisiana, and the United States Marshal for the Western District of Louisiana.

**THE UNITED STATES MARSHAL'S SERVICE IS DIRECTED** to make arrangements with the appropriate authorities to transport the petitioner to this court as soon as practicable, to produce him before the undersigned on **Tuesday January 9, 2007** at 10:00 a.m. and to maintain custody of the petitioner throughout the evidentiary hearing, up to and including the return of the petitioner to his place of detention following the conclusion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court of the United States District Court make arrangements for the presence of a court reporter at the evidentiary hearing.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, October 13, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

COPY SENT
DATE 10/16/06
BY PM
TO Hudsmith
Thompson
Ct. Repoc
USM
Warden
Whittington
Washington

2