# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PETERSON P. MORVILLEZ** | : | **DOCKET NO. 2:06-cv-1212** <br> **Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

The government has moved to continue the hearing set for tomorrow, January 9, 2007. A key witness for the government, Ashly Ivery, is unavailable due to a death in her family. Furthermore, Pennsylvania authorities are to take custody of petitioner within days in order that he may be prosecuted on criminal charges pending in Pennsylvania. A telephone conference was held this date in order to hear argument of counsel. Having considered this motion and the opposition of opposing counsel, it is

**ORDERED** that the motion be **GRANTED** and that the evidentiary hearing in the above-captioned *habeas corpus* matter set for January 9, 2007 be **UPSET**.

**IT IS FURTHER ORDERED** that the writ previously issued is recalled.

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of this Order to all counsel of record, the warden of the Federal Detention Center in Oakdale, Louisiana, and the United States Marshal for the Western District of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, January 8, 2007.

*[signature]*
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

cc: Warden
    USM
    m. Frye